```
1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4
   Brian C. Lewis  (ILBN 6286715)
   Assistant United States Attorney
5     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102
6     Telephone:  (415) 436-7200
      Facsimile:   (415) 436-7234
7     E-Mail: brian.lewis@usdoj.gov

8  Attorneys for the United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CARLOS ZARAGOZA-MAGANA, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 09-494 MHP <br><br> [~~PROPOSED~~] ORDER EXCLUDING TIME FROM JUNE 8, 2009 TO JUNE 29, 2009 |

    The parties appeared before the Honorable Marilyn H. Patel on June 8, 2009. With the agreement of counsel for both parties, the Court found and held as follows:

    1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from June 8, 2009 to June 29, 2009. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to review the discovery with the defendant.

ORDER EXCLUDING TIME
No. CR 09-494 MHP

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from June 8, 2009 to June 29, 2009, outweigh the best interest of the public and the defendant in a speedy trial and filing of an indictment or information. 18 U.S.C. § 3161(h)(7)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from June 8, 2009 to June 29, 2009, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: June 8, 2009

/s/
GEOFFREY HANSEN
Counsel for Carlos Zaragoza-Magana

DATED: June 8, 2009

/s/
BRIAN C. LEWIS
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 6/10/2009

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORDER EXCLUDING TIME
No. CR 09-494 MHP

-2-